## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### April 18, 2006

[Cite as *04/18/2006 Case Announcements*, 2006-Ohio-1892.]

## MOTION AND PROCEDURAL RULINGS

**2005-0945.   Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 03-2341-EL-ATA, 03-2405-EL-CSS, and 04-85-EL-CSS. This cause is pending before the court as an appeal from the Public Utilities Commission. Upon consideration of appellant's motion to consolidate this case with 2006-0646, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 05-792-EL-ATA, for purposes of oral argument and opinion,

**2006-0536.   Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 05-844-EL-ATA. This cause is pending before the court as an appeal from the Public Utilities Commission. Upon consideration of appellant's motion to consolidate 2005-1621, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04-1931-

EL–AAM, 2005–1679, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1645–EL–AAM, 2006–0536, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 05–844–EL–ATA, and 2006–0600, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1932–EL–ATA,

IT IS ORDERED by the court that the motion is denied.

IT IS FURTHER ORDERED by the court, sua sponte, that this cause be consolidated with 2006–0600, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1932–EL–ATA, and briefing is stayed.